

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 16, 2024

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Angela Williams*, 24 Cr. 434 (PAE)

Dear Judge Engelmayer:

  The Government respectfully writes to clarify certain arguments made in its sentencing submission, dated December 6, 2024, in light of the Court's remarks at the defendant's December 13, 2024 sentencing.

  The Government's statement regarding the defendant's "history of meritorious service" in its sentencing submission (Gov't Sent. Ltr. at 9) was intended to refer to the defendant's long employment history at NYCHA (an argument the Government has made using similar language in the sentencings of other NYCHA defendants), not the defendant's military service. Upon review of the Court's comments (Tr. at 49), the Government understands how this statement could easily have been construed in this case as a reference to the defendant's military service, which the Government acknowledges distinguishes this defendant. The Government respects and recognizes the importance of military service. The Government had not intended to suggest that the defendant's military service did not distinguish her—but fully understands why its arguments could be read in that manner—and apologizes for the confusion arising from its imprecise reference to the defendant's "meritorious service" in its sentencing submission.

              Respectfully submitted,

               EDWARD Y. KIM
               Acting United States Attorney

               by: _____/s/_____
               Jerry Fang / Catherine Ghosh
               Assistant United States Attorneys
               (212) 637-2584/1114

cc: Jacob Kaplan, Esq.